UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

KELLY SCHULTZ, individually, and on behalf of all others similarly situated,

    Plaintiff,

v.

DIGITAL MEDIA SOLUTIONS, LLC,

    Defendant.

NO. 8:21-CV-1813-KKM-AEP

## STIPULATION OF DISMISSAL

Plaintiff Kelly Schultz and Defendant Digital Media Solutions, LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

So Stipulated.

DATED this 7th day of March, 2022.   Respectfully submitted,

/s/ Avi R. Kaufman
Avi R. Kaufman (Trial Counsel)
Florida State Bar # 84382
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Attorney for Plaintiff and the putative Class*

/s Jacob A. Brainard
**Jacob A. Brainard**
Florida Bar No. 0092278
**Klein Moynihan Turco LLP**

450 Seventh Avenue, 40th Floor  
New York, New York 10123  
*Attorneys for the Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Avi R. Kaufman